# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE HAWKINS,<br><br>               Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant(s). | Case No. 2:17-cv-02994-MMD-NJK<br><br>ORDER |

    Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed.R.Civ.P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than December 18, 2017.

    IT IS SO ORDERED.

    Dated: December 13, 2017

                                                                             Nancy J. Koppe<br>
                                                                            United States Magistrate Judge