# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACKIE HAWKINS,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

Case No.: 2:17-cv-02994-MMD-NJK

**Order**

(Docket No. 16)

Pending before the Court is the parties' stipulation to extend discovery deadlines, filed on June 22, 2018. Docket No. 16. The parties request, *inter alia*, an extension of the deadlines to amend pleadings and Plaintiff's initial expert disclosure from June 21, 2018, to August 21, 2018. Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect. Although the parties address good cause to extend the remaining discovery deadlines, they have failed to address, let alone show, excusable neglect for the extension of the expired deadlines. Since the parties filed their stipulation one day after the expiration of those two deadlines, however, the Court will allow the extension on this one occasion. The Court expects strict compliance with all rules of procedure for the remainder of the instant case.

Accordingly, the Court **GRANTS** the parties' stipulation for extension of discovery deadlines. Docket No. 16.

IT IS SO ORDERED.

Dated: June 25, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge