1  BRADLEY S. MAINOR, ESQ.
   Nevada Bar No. 7434
2  JOSEPH J. WIRTH, ESQ.
   Nevada Bar No. 10280
3  ASH MARIE GANIER, ESQ.
   Nevada Bar No. 14712
4  **MAINOR WIRTH, LLP**
5  6018 S. Fort Apache Road, Ste. 150
   Las Vegas, NV 89148-5652
6  Tel: (702) 464-5000
   Fax: (702) 463-4440
7  ash@mwinjury.com
8  *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE HAWKINS, individually, | CASE NO.: 2:17-cv-02994-MMD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF MOTION DEADLINES** |
| UNITED STATES OF AMERICA, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff, JACKIE HAWKINS, by and through her counsel of record, BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ. and ASH MARIE GANIER, ESQ., of MAINOR WIRTH, LLP, and Defendant UNITED STATES OF AMERICA, by and through its counsel of record, BRIAN IRVIN, ESQ., of the UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF NEVADA, hereby submit the following STIPULATION FOR EXTENSION OF MOTION DEADLINES (First Request).

The Parties have stipulated to extend the deadline for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgement (ECF NO. 37) by fourteen (14) days. Furthermore, the Parties have stipulated to extend the deadline for Defendant to Reply in Support of the Motion to Limit Damages (ECF NO. 38) by fourteen (14) days.

///

**A. REASONS WHY DEADLINES HAVE NOT BEEN COMPLETED**

The Parties have stipulated in good faith to a brief 14-day extension of the current motion deadlines, as described above, due to conflicts that have risen in their schedules. Specifically, the Parties have coinciding deadlines and/or hearings in other matters. Plaintiff's counsel is also traveling out of state for the upcoming Labor Day Weekend. Furthermore, the Motions presently on file call for dismissal of Plaintiff's entire claim and a reduction of her damages, so that additional time is warranted to properly brief the issues therein.

**B. PROPOSED OPPOSITION AND REPLY DEADLINES**

| | |
|---|---|
| Opposition to Motion for Summary Judgement: | **September 16, 2019** |
| Reply in Support of the Motion to Limit Damages: | **September 16, 2019** |

DATED this 29th day of August, 2019.

**MAINOR WIRTH, LLP**

/s/ Ash Marie Ganier

BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 29th day of August, 2019.

**UNITED STATES ATTORNEY'S OFFICE DISTRICT OF NEVADA**

/s/ Brian W. Irvin

BRIAN W. IRVIN, ESQ.
Nevada Bar No. 7758
501 Las Vegas Boulevard South, Ste. 1100
Las Vegas, NV 89101
*Attorney for Defendant*

IT IS SO ORDERED.

Dated this 29th day of August, 2019.

**UNITED STATES DISTRICT COURT JUDGE**