# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE HAWKINS,<br>　　　Plaintiff(s),<br>v.<br>UNITED STATES OF AMERICA,<br>　　　Defendant(s). | Case No.: 2:17-cv-02994-MMD-NJK<br>**ORDER**<br>(Docket No. 66) |

Pending before the Court is the government's motion for exception to the settlement conference attendance requirement, which the Court **GRANTS**. Docket No. 66. All other requirements outlined in the Court's order at Docket No. 65 remain in effect.

IT IS SO ORDERED.

Dated: June 29, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1