1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3
   BRIAN W. IRVIN
4  Assistant United States Attorneys
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Brian.Irvin@usdoj.gov
   *Attorneys for the United States*
7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11 | Lenard E. Schwartzer, Chapter 7 Bankruptcy Trustee for Jackie Hawkins, | Case No. 2:17-cv-02994-MMD-NJK |

12 | Plaintiff, | **Stipulation to Dismiss** |

13 | v. |

14 | United States of America, |

15 | Defendant. |

16

17       IT IS HEREBY STIPULATED AND AGREED, between the Plaintiff, Lenard E.

18 Schwartzer, Chapter 7 Bankruptcy Trustee for Jackie Hawkins, through his counsel of

19 record, and Defendant, the United States of America, by and through its counsel of record,

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

that Plaintiff's lawsuit against the United States hereby be dismissed, with prejudice, pursuant to the settlement agreement, with each party to bear their own fees and costs.

DATED this 1st day of April 2021.

| MAINOR WIRTH LLP | CHRISTOPHER CHIOU |
|---|---|
| | Acting United States Attorney |
| */s/ Ash Marie Blackburn, Esq.* | */s/ Brian W. Irvin* |
| ASH MARIE BLACKBURN ESQ | BRIAN W. IRVIN |
| *Attorneys for Plaintiff* | Assistant United States Attorney |
| | *Attorneys for the United States* |

**IT IS SO ORDERED:**

[signature]

**UNITED STATES DISTRICT JUDGE**

DATED:   April 1, 2021